452 A.2d 1085

Commonwealth v. Alston, Appellant.

Submitted May 20, 1982.

John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.